IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Warnell, Louis R

Printed: 10/14/08

Case Number: 05 B 30697
Judge: Goldgar, A. Benjamin
Filed: 8/5/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 2, 2008
Confirmed: October 18, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 15,877.00 |  |
| Secured: |  | 9,899.93 |
| Unsecured: |  | 0.00 |
| Priority: |  | 2,933.97 |
| Administrative: |  | 2,200.00 |
| Trustee Fee: |  | 843.10 |
| Other Funds: |  | 0.00 |
| Totals: | 15,877.00 | 15,877.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Gleason & MacMaster | Administrative | 2,200.00 | 2,200.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 18,448.72 | 9,899.93 |
| 4. | Internal Revenue Service | Priority | 6,233.39 | 2,933.97 |
| 5. | Internal Revenue Service | Unsecured | 2,312.33 | 0.00 |
| 6. | Illinois Lending Corporation | Unsecured | 511.89 | 0.00 |
| 7. | Arrow Financial Services | Unsecured | 497.40 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 168.82 | 0.00 |
| 9. | Brother Loan & Finance | Unsecured | 693.98 | 0.00 |
| 10. | AAA Checkmate LLC | Unsecured | 582.97 | 0.00 |
| 11. | Harris & Harris | Unsecured |  | No Claim Filed |
| 12. | MRSI | Unsecured |  | No Claim Filed |
| 13. | Harris & Harris | Unsecured |  | No Claim Filed |
| 14. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 15. | Harris & Harris | Unsecured |  | No Claim Filed |
| 16. | First Card | Unsecured |  | No Claim Filed |
| 17. | Mutual Hospital Services/Alverno | Unsecured |  | No Claim Filed |
| 18. | National Quick Cash | Unsecured |  | No Claim Filed |
| 19. | Cross Country Bank | Unsecured |  | No Claim Filed |
| 20. | Sir Finance Corporation | Unsecured |  | No Claim Filed |
|  |  |  | $ 31,649.50 | $ 15,033.90 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 242.27 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Warnell, Louis R | Case Number: 05 B 30697 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 10/14/08 | Filed: 8/5/05 |

| | |
|---|---:|
| 5% | 83.65 |
| 4.8% | 137.65 |
| 5.4% | 348.46 |
| 6.5% | 31.07 |
| | _____ |
| | $ 843.10 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____